UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERTO L. LLERENAS, JR. ,<br><br>            Defendant. | No. 4:14-CR-6053-EFS-1<br><br>ORDER GRANTING MOTION TO MODIFY SPECIAL CONDITION OF RELASE NO. 19 |

BEFORE THE COURT without oral argument is Defendants' Motion to Modify Conditions of Release (ECF No. 65) to which the Government has responded (ECF No. 68) and the Defendant replied (ECF No. 69).  IT IS HEREBY ORDERED: Defendant's Motion (**ECF No. 65) is GRANTED**.

Special Condition No. 19 of the Court's Order Setting Conditions of Release (ECF No. 26) is modified as follows:

> **(19)** Defendant may not be in the presence of minors, other than his own biological children residing in the home, except that, on May 9, 2015 from 11:00 a.m. until 5:00 p.m., Defendant is permitted to have contact with the children of his brothers and sisters, as well as the children of his children's godparents, at Defendant's residence. Defendant's brother, Jesus, has agreed he will supervise the Defendant on May 9 and be present whenever other children are near him.

///

ORDER - 1

All other conditions shall remain in full force and effect.

**IT IS SO ORDERED.** The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED May 1, 2015.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2