UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERTO L. LLERENAS, JR. ,<br><br>　　　　　　　Defendant. | No. 4:14-CR-6053-EFS-1<br><br>ORDER GRANTING MOTION TO EXPEDITE AND AMENDED MOTION TO MODIFY SPECIAL CONDITION OF RELASE NO. 19 |

　　　IT IS HEREBY ORDERED: Defendant's Motion to Expedite (ECF No. 72) and Amended Motion to Modify Special Conditions of Release (ECF No. 71) are **GRANTED**.

　　　Special Condition No. 19 of the Court's Order Setting Conditions of Release (ECF No. 26), as modified in ECF No. 70, is amended as follows:

**(19)** Defendant may not be in the presence of minors, other than his own biological children residing in the home, except that, on May 9, 2015 from 11:00 a.m. until 5:00 p.m., Defendant is permitted to have contact with the children of his brothers and sisters, as well as the children of his children's godparents, at Defendant's residence. Defendant's mother, *Maria*, has agreed she will supervise the Defendant on May 9 and be present whenever other children are near him.

///
///
///

ORDER - 1

All other conditions shall remain in full force and effect.

**IT IS SO ORDERED.** The Clerk of the Court shall enter this Order and provide copies to counsel and U.S. Probation.

DATED May 8, 2015.

<u>s/James P. Hutton</u>
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2